No. 00–7837.  ROYBAL v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 00–7839.  SWINFORD v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–7841.  BAYON v. STATE UNIVERSITY OF NEW YORK AT BUFFALO ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 00–7842.  BROWN v. HODGES, GOVERNOR OF SOUTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–7848.  NICKERSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 00–7849.  SMITH v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–7851.  COLEMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 00–7855.  SIGSBEY v. WOLFORD ET AL.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 00–7856.  PHIPPS v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 00–7858.  MURRAY v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 00–7862.  BROWN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–7864.  McCoy v. PINCHAK ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–7873.  MINCEY v. HEAD, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 00–7877.  DALLAS v. BEECHER ET AL.  C. A. 7th Cir.  Certiorari denied.